NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN J. CONNELL, DOC# R54024,  )
                                )
    Appellant,              )
                                )
v.                              )    Case No. 2D17-4023
                                )
STATE OF FLORIDA,               )
                                )
    Appellee.               )
_____ )

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.

Ryan J. Connell, pro se.


PER CURIAM.

    Affirmed.


KELLY, BLACK, and SALARIO, JJ., Concur.